**Order entered September 1, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-00067-CV**

**DEMONDRIA JEFFERSON AND DEMETRA WYSINGER, Appellants**

**V.**

**GEICO COUNTY MUTUAL INSURANCE CO., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

**ORDER**

Before the Court is appellants' August 31, 2020 third motion for extension of time to file their opening brief. Appellants state their brief is "almost finished" and seek an extension to September 14, 2020.

We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than September 14, 2020. As the brief was first due May 8, 2020, we caution that further extension requests will not be granted absent exigent circumstances.

/s/     BILL WHITEHILL
        JUSTICE